# EXHIBIT 10

# ALLONGE TO PROJECT LOAN NOTE

This Allonge is made to that certain Project Loan Note, dated August 20, 2008, from Riverrock Nehemiah Realty, LLC, a New York limited liability company ("Borrower"), in the original principal amount of $349,669.00 (the "Note"), to BANCO POPULAR NORTH AMERICA, a New York state chartered commercial bank.

FOR VALUE RECEIVED, WITHOUT RECOURSE AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES EXCEPT AS SET FORTH IN THE LOAN PURCHASE AND SALE AGREEMENT DATED SEPTEMBER 3, 2014, THE UNDERSIGNED, HEREBY ASSIGNS ALL ITS RIGHT, TITLE AND INTEREST IN AND TO THE NOTE TO: ECP PROPERTY II LLC, A DELAWARE LIMITED LIABILITY COMPANY.

Dated the 22nd day of September, 2014.

                                              **BANCO POPULAR NORTH AMERICA,**
                                              a New York state chartered commercial bank

                                              By: _____
                                              Name: Gary Walker
                                              Title: Vice President

# ALLONGE TO BUILDING LOAN NOTE

This Allonge is made to that certain Building Loan Note, dated August 20, 2008, from Riverrock Nehemiah Realty, LLC, a New York limited liability company ("Borrower"), in the original principal amount of $1,912,341.00 (the "Note"), to BANCO POPULAR NORTH AMERICA, a New York state chartered commercial bank.

FOR VALUE RECEIVED, WITHOUT RECOURSE AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES EXCEPT AS SET FORTH IN THE LOAN PURCHASE AND SALE AGREEMENT DATED SEPTEMBER 3, 2014, THE UNDERSIGNED, HEREBY ASSIGNS ALL ITS RIGHT, TITLE AND INTEREST IN AND TO THE NOTE TO: ECP PROPERTY II LLC, A DELAWARE LIMITED LIABILITY COMPANY.

Dated the 22nd day of September, 2014.

**BANCO POPULAR NORTH AMERICA,**
a New York state chartered commercial bank

By: _____
Name: Gary Walker
Title: Vice President

#32752993_v1