# EXHIBIT 11



November 18, 2014

LEITESS FRIEDBERG PC
10451 MILL RUN CIRCLE, SUITE 1000
BALTIMORE, MD 21117

**RE: Submitted Transaction Successfully Recorded**

Dear LEITESS FRIEDBERG PC:

Document Identification Number 2014100300379001 which was submitted for Recording on 11/10/2014, was successfully recorded on 11/18/2014 at 8:40 AM.

Below summarizes the status of these documents.

**Documents and Recording & Endorsement Cover Pages Enclosed Herewith**

2014100300379001

If you have any questions or require further information, please send an email to acrishelp@finance.nyc.gov and someone will get back to you.

Thank you very much.

Sincerely,

City Register

NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2014100300379001001E1887

## RECORDING AND ENDORSEMENT COVER PAGE
PAGE 1 OF 5

**Document ID:** 2014100300379001  **Document Date:** 09-22-2014  **Preparation Date:** 10-03-2014
**Document Type:** ASGN OF ASGN OF L&R
**Document Page Count:** 4

| PRESENTER: | RETURN TO: |
|---|---|
| LEITESS FRIEDBERG PC<br>10451 MILL RUN CIRCLE, SUITE 1000<br>BALTIMORE, MD 21117<br>443-471-2620<br>DAPO.LAWAL@LF-PC.COM | LEITESS FRIEDBERG PC<br>10451 MILL RUN CIRCLE, SUITE 1000<br>BALTIMORE, MD 21117<br>443-471-2620<br>DAPO.LAWAL@LF-PC.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3602 | 1002 | Entire Lot COMM | 774 ROCKAWAY AVENUE |

**Property Type:** COMMERCIAL CONDO UNIT(S)

### CROSS REFERENCE DATA
**CRFN:** 2008000413122

### PARTIES

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| BANCO POPULAR NORTH AMERICA<br>7900 MIAMI LAKES DRIVE WEST<br>MIAMI LAKES, FL 33016 | ECP PROPERTY II LLC<br>4695 MACARTHUR COURT, SUITE 370<br>NEWPORT BEACH, CA 92660 |

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 57.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    11-18-2014 08:40
City Register File No.(CRFN):
2014000381710

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2014100300379001001E1887 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**      PAGE 1 OF 5

Document ID: 2014100300379001    Document Date: 09-22-2014    Preparation Date: 10-03-2014
Document Type: ASGN OF ASGN OF L&R
Document Page Count: 4

| PRESENTER: | RETURN TO: |
|---|---|
| LEITESS FRIEDBERG PC<br>10451 MILL RUN CIRCLE, SUITE 1000<br>BALTIMORE, MD 21117<br>443-471-2620<br>DAPO.LAWAL@LF-PC.COM | LEITESS FRIEDBERG PC<br>10451 MILL RUN CIRCLE, SUITE 1000<br>BALTIMORE, MD 21117<br>443-471-2620<br>DAPO.LAWAL@LF-PC.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3602 | 1002 | Entire Lot COMM | 774 ROCKAWAY AVENUE |

Property Type: COMMERCIAL CONDO UNIT(S)

### CROSS REFERENCE DATA
CRFN: 2008000413122

### PARTIES

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| BANCO POPULAR NORTH AMERICA<br>7900 MIAMI LAKES DRIVE WEST<br>MIAMI LAKES, FL 33016 | ECP PROPERTY II LLC<br>4695 MACARTHUR COURT, SUITE 370<br>NEWPORT BEACH, CA 92660 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 57.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**This Instrument Prepared By:**

Vivian de las Cuevas-Diaz, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131

**When Recorded Return To:**

Leitess Friedberg PC
10451 Mill Run Circle, Suite 1000
Baltimore, MD 21117
Attn: Jeremy Friedberg, Esq.

---

| | |
|---|---|
| Borough: | Brooklyn |
| Block: | 3602 |
| Lot: | 1002 |
| County: | Kings |
| Address: | 774 Rockaway Avenue, Brooklyn, New York |

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

This ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS (the "Assignment") is entered into this September 22, 2014, by and between **BANCO POPULAR NORTH AMERICA**, a New York state chartered commercial bank, having an address at 7900 Miami Lakes Drive West, Miami Lakes, Florida 33016 ("Assignor"), and **ECP PROPERTY II LLC**, a Delaware limited liability company, having an address 4695 MacArthur Court, Suite 370, Newport Beach, California 92660 ("Assignee").

Capitalized terms used herein but not otherwise defined shall have the meanings assigned thereto in the Loan Purchase and Sale Agreement executed by Assignor, as seller, and Assignee, as purchaser, dated as of September 3, 2014 (the "Loan Sale Agreement").

In consideration of the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby bargains, sells, conveys, assigns, and transfers unto Assignee without recourse, representation or warranty, all of its right, title and interest in and to that certain Assignment of Leases and Rents executed by Riverrock Nehemiah Realty LLC, a New York limited liability company in favor of Assignor, dated August 20, 2008, and recorded on October 21, 2008, in the Office of the City Register of City of New York under CFRN 2008000413122 (the "Assignment of Rents").

The Assignment of Rents encumbers those certain parcels of real property and all improvements thereon situated at 774 Rockaway Avenue, Brooklyn, New York, which property is more particularly described in the Loan Sale Agreement.

By separate and contemporaneous assignment, Assignor has assigned and conveyed to Assignee all of Assignor's right, title and interest in and to all indebtedness secured by the above Assignment of Rents, including all notes and any other instruments evidencing such indebtedness.

Assignor and Assignee Addresses:

Assignor:  Banco Popular North America
7900 Miami Lakes Drive West
Miami Lakes, Florida 33016
Attn: Gary Walker
Telephone: (786) 953-1104
Fascimile: (305) 894-3244

Assignee:  ECP Property II LLC
4695 MacArthur Court, Suite 370
Newport Beach, California 92660
Attn: Ravi Bhagavatula
Telephone: (949) 566-8100
Facsimile: (720) 836-6500

[SIGNATURE AND NOTARY PAGES FOLLOW]

In witness whereof, the parties have duly executed this Assignment as of the date set forth above.

**ASSIGNOR:**

**BANCO POPULAR NORTH AMERICA**, a New York state chartered commercial bank

By: _____
Name: Gary Walker
Title: Vice President

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this _18_ day of September, 2014, by Gary Walker as Vice President of Banco Popular North America, a New York state chartered commercial bank, on behalf of the bank. He is <u>personally known</u> to me or has produced _____ as identification.

_____
Signature of Notary Public

Date Commission Expires:

E. GARCIA-MOYA
Notary Public - State of Florida
My Comm. Expires Nov 6, 2015
Commission # EE 143977
Bonded Through National Notary Assn.

E. GARCIA-Moya
Printed Name of Notary

SEAL

**ASSIGNEE:**

**ECP PROPERTY II LLC**, a Delaware limited liability company

By: _____
Name: Ravi Bhagavatula
Title: Authorized Signatory


STATE OF CALIFORNIA

COUNTY OF ORANGE

The foregoing instrument was acknowledged before me this 22 day of September, 2014, by Ravi Bhagavatula, as authorized signatory of ECP PROPERTY II LLC, a Delaware limited liability company, on behalf of the limited liability company. He is personally known to me or has produced CALIFORNIA DRIVERS LICENSE as identification.

_____
Signature of Notary Public

Date Commission Expires: 8/31/2016

ROBERT KESTER
Printed Name of Notary

ROBERT KESTER
Commission # 1989911
Notary Public - California
Orange County
My Comm. Expires Aug 31, 2016

SEAL

4

#32753667_v1